| | | |
|---|---|---|
| People v Gurnsey | App Div, 4th Dept: 2016 NY Slip Op 92912(U) (Steuben) | dismissed 2/15/17 (Garcia, J.) |
| People v Hernandez (Jared) | County Ct, 9/20/16 (Montgomery) | denied 2/16/17 (Stein, J.) |
| People v Hernandez (Luis) | 1st Dept: 144 AD3d 540 (NY) | denied 2/16/17 (Rivera, J.) |
| People v Hewitt | 4th Dept: 144 AD3d 1607 (Niagara) | denied 2/13/17 (Stein, J.) |
| People v Hidalgo | 2d Dept: 144 AD3d 704 (Westchester) | denied 2/15/17 (Garcia, J.) |
| People v Hindus | App Term, 1st Dept: 53 Misc 3d 128(A) (Bronx) | denied 2/16/17 (DiFiore, Ch. J.) |
| People v Ho | 3d Dept: 141 AD3d 1013 (Schenectady) | denied 2/23/17 (DiFiore, Ch. J.) |
| People v Hoey | 1st Dept: 145 AD3d 118 (NY) | denied 2/21/17 (Fahey, J.) |
| People v Hughes | App Div, 3d Dept, 11/28/16 (Albany) | dismissed 2/21/17 (Garcia, J.) |
| People v Hunter | 4th Dept: 145 AD3d 1546 (Cayuga) | denied 2/23/17 (DiFiore, Ch. J.) |
| People v Jackson (Artie) | 2d Dept: 144 AD3d 945 (Nassau) | denied 2/14/17 (DiFiore, Ch. J.) |
| People v Jackson (Robert) | App Term, 1st Dept: 53 Misc 3d 151(A) (Bronx) | denied 2/15/17 (Garcia, J.) |
| People v Jalloh | App Term, 1st Dept: 53 Misc 3d 148(A) (NY) | denied 2/21/17 (DiFiore, Ch. J.) |
| People v James | 1st Dept: 144 AD3d 596 (NY) | denied 2/22/17 (Abdus-Salaam, J.) |
| People v Jenkins | App Term, 1st Dept: 53 Misc 3d 151(A) (NY) | denied 2/16/17 (Rivera, J.) |
| People v Johnson (Andre) | 4th Dept: 145 AD3d 1527 (Erie) | denied 2/24/17 (Rivera, J.) |
| People v Johnson (Michael) | 1st Dept: 143 AD3d 600 (NY) | denied 2/15/17 (DiFiore, Ch. J.) |
| People v Jones | App Div, 1st Dept: 2016 NY Slip Op 73176(U) (NY) | denied 2/28/17 (DiFiore, Ch. J.) |
| People v Kappen | 2d Dept: 142 AD3d 1106 (Nassau) | denied 2/8/17 (Fahey, J.) |
| People v Kennedy | 4th Dept: 145 AD3d 1577 (Monroe) | denied 2/23/17 (DiFiore, Ch. J.) |
| People v King | 2d Dept: 144 AD3d 1176 (Queens) | denied 2/21/17 (Stein, J.) |
| People v Kitt | 1st Dept: 145 AD3d 528 (NY) | denied 2/9/17 (Stein, J.) |
| People v Kwabena | 2d Dept: 145 AD3d 1034 (Kings) | denied 2/23/17 (Fahey, J.) |
| People v Lamont | 3d Dept: 144 AD3d 1330 (Rensselaer) | denied 2/23/17 (Fahey, J.) |
| People v Lester | 3d Dept: 141 AD3d 951 (St. Lawrence) | denied 2/24/17 (Fahey, J.) |